(81 South. 584)

JOHNSON v. ALABAMA GREAT SOUTHERN R. CO. et al. (6 Div. 882.)

(Supreme Court of Alabama. April 24, 1919.)

Appeal from Circuit Court, Jefferson County; J. C. B. Gwin, Judge.

Action by Jesse Johnson against the Alabama Great Southern Railroad Company and the Louisville & Nashville Railroad Company. From a judgment in favor of the Alabama Great Southern and judgment setting aside verdict for the Louisville & Nashville, plaintiff appealed to Court of Appeals. Cause transferred to Supreme Court under section 6, Acts 1911, p. 449. Judgment affirmed as to second-named defendant and reversed and remanded as to first-named defendant.

Pinkney Scott, of Bessemer, for appellant.
Tillman, Bradley & Morrow, of Birmingham, Huey & Welch, of Bessemer, A. G. & E. D. Smith, of Birmingham, and Ben G. Perry, of Bessemer, for appellees.

GARDNER, J. This is the companion case to that of Milton James v. A. G. S. R. R. Co. et al., ante, p. 640, 81 South. 582, this day decided; the records in the two cases being identical, except as to names, items of property, and separate bills of lading.

It results from the conclusion reached in that case that the order of the court below setting aside the judgment against the appellee Louisville & Nashville Railroad Company will be here affirmed, and the judgment in favor of appellee Alabama Great Southern Railroad Company will be reversed and the cause remanded; the costs of the appeal to be taxed against appellee Alabama Great Southern Railroad Company.

Affirmed in part, and in part reversed and remanded.

ANDERSON, C. J., and SAYRE and THOMAS, JJ., concur.